IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICHARD L. SNADER,
dba RICHARD SNADER CONTRACTOR,

Defendant.

: CIVIL NO: 1:09-CV-804
: JUDGE WEBER
: MAGISTRATE JUDGE LITKOVITZ

### JUDGMENT

Pursuant to the Stipulation for Consent Judgment filed herein by the parties and good cause,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment in this case in favor of Plaintiff, United States of America, and against Defendant, Richard Snader, dba Richard Snader Contractor, in the amount of $17,000.00, shall be and is hereby entered.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to the provisions of 28 U.S.C. §1961, post-judgment interest at the current legal rate will accrue upon the entry of judgment and will be computed daily and compounded annually until paid in full.

DATE: 2/4/2011

_____
UNITED STATE DISTRICT / MAGISTRATE JUDGE